UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHREEM PERRY,<br><br>                      Plaintiff,<br><br>-against-<br><br>DAVID ROBLES; IVETTE AGOSTO,<br><br>                      Defendants. | 1:23-CV-7492 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 16, 2023 order, this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 23, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge